**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jesus RIVAS–ZUBIATE, Defendant–Appellant.**

No. 04–51387.

United States Court of Appeals, Fifth Circuit.

Decided June 16, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, San Antonio, TX, for Defendant–Appellant.

---

Before JONES, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM: [1]

IT IS ORDERED that Appellee's unopposed motion to vacate the sentence is GRANTED;

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case to the U.S. District Court for the Western District of Texas, El Paso Division for resentencing is GRANTED;

IT IS FURTHER ORDERED that Appellee's alternative motion to extend time to file Appellee's brief until 14 days from the Courts denial of Appellees motion to vacate and remand is DENIED AS UNNECESSARY.

---

1. Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under limited circumstances set forth in 5th Cir. R. 47.5.4.